# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0278. IN THE INTEREST OF A. K. AND B. K., CHILDREN (FATHER).**

On July 20, 2017, the Houston County Juvenile Court issued an order terminating the father's parental rights to minor children A. K. and B. K. On January 12, 2018, the father filed this application for leave to file an out-of-time appeal. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). While this Court may grant an extension of time to file a discretionary application, the request for extension must be filed on or before the application due date and must be submitted pursuant to Court of Appeals Rule 40 (b) as an emergency motion. See Court of Appeals Rule 31 (i). The father did neither in this case. Because the father did not make a timely request for an extension as required by this Court, we have no basis for excusing his failure to comply with the 30-day deadline set forth in OCGA § 5-6-35 (d). Accordingly, this application – filed 176 days after entry of the order terminating the father's parental rights – is hereby DISMISSED for lack of jurisdiction.[1]

---

[1] It appears from the application that the father filed a motion for new trial, which was denied on October 11, 2017. The application is also untimely as to that order, which is not included with the application materials.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* *01/26/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*